UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| IN RE CIPRODEX | : : : : : : | Consolidated Civil Action No. 15-5756 (PGS)(DEA)  **ORDER** |

On February 19, 2016, the Court consolidated for discovery purposes three pending actions under lead case Civil Action No. 15-5756. *See* ECF No. 26 (consolidating 15-5756 with 15-7240 and 16-101). On December 12, 2016, Civil Action No. 16-cv-6775 was also consolidated with the lead case for discovery purposes. *See* ECF No. 81. On February 23, 2017, the Court signed a Stipulation and Order between Plaintiffs Alcon Pharmaceuticals Ltd., Alcon Laboratories, Inc. and Alcon Research, Ltd. (collectively, "Alcon") and Watson Laboratories, Inc. ("Watson") staying the litigation between them. ECF No. 100. On April 24, 2017, the Hon. Peter G. Sheridan, U.S.D.J., entered a Stipulation and Order of dismissal as to the litigation between Alcon and Par Pharmaceutical, Inc. ECF No. 119. On July 10, 2017, the Judge Sheridan entered a Stipulation and Order of dismissal as to the litigation between Alcon and Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd. ECF No. 137. As such, the only remaining claims in this consolidated action are those against Watson, and those claims are presently stayed. In light of the ongoing stay,

**IT IS** on this 26th day of September 2018,

**ORDERED** that the Clerk administratively terminate this matter from the Court's active docket; and it is further

**ORDERED** that the Clerk administratively terminate member cases No. 16-6775 and 16-101; and it is further

**ORDERED** the Clerk shall reopen this matter and/or the member cases on written request by any party upon the lifting of the stay.

*s/ Douglas E. Arpert*
DOUGLAS E. ARPERT
United States Magistrate Judge
